IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00393-ZLW

CYNTHIA R. PINKEY

  Applicant,

v.

JOE ORTIZ – Director,
WARDEN JOAN SHOEMAKER, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

  Respondents.

---

ORDER TO CURE DEFICIENCY

---

Weinshienk, Senior Judge

  Applicant submitted a Notice of Appeal on June 27, 2006.  The court has determined that the document is deficient as described in this order.  Applicant will be directed to cure the following if he wishes to pursue this appeal.

**(A)  Filing Fee**
  X is not submitted

**(B)  Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action:**
  X is not submitted
  ___ is missing affidavit
  ___ is missing required financial information
  ___ is missing an original signature by the prisoner
  ___ is not on proper form (must use the court's current form)
  ___ other_____

Accordingly, it is

  ORDERED that applicant cure the deficiencies designated above within thirty (30)

1

Case 1:06-cv-00393-ZLW   Document 16   Filed 07/05/06   USDC Colorado   Page 2 of 2

days from the date of this order.  Any papers that applicant files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to applicant, together with a copy of this order, an original and one copy of the following forms:  Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action.  It is

FURTHER ORDERED that, if applicant fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this __5__ day of __July__, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court