IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 12 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00393-ZLW

CYNTHIA R. PINKEY,

   Applicant,

v.

JOE ORTIZ – Director,
WARDEN JOAN SHOEMAKER, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

   Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

   Applicant's "Motion to Correct the Court of Errors & Dismissal Based on Prejudices" filed on July 11, 2006, is DENIED.

Dated: July 12, 2006

Copies of this Minute Order mailed on July 12, 2006, to the following:

Cynthia R. Pinkey
Prisoner No. 89688
DWCF
P.O. Box 392005
Denver, CO 80239

Secretary/Deputy Clerk